IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-11-591 |
| | § § § | |
| ANTONIO RAMIREZ GONZALEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 15.).  The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 15, 2011 |
| Responses are to be filed by: | November 29, 2011 |
| Pretrial conference is reset to**:** | **December 5, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 12, 2011 at 9:00 a.m.** |

SIGNED on October 11, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge